# Third District Court of Appeal

## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0143
Lower Tribunal No. 20-27735
_____

## Sebastian Ricciardi Lima, et al.,
Appellants,

vs.

## Intermarine Investments, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

The Legal Team PLLC, and Karel Suarez and Anthony Halmon, for appellants.

Mark Migdal & Hayden, and Donald J. Hayden, and Maia Aron, for appellees.

Before FERNANDEZ, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.